

**FILED & ENTERED**

MAR 05 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ERIC WEST<br>KAY WEST,<br><br>                       Debtor(s). | CHAPTER 7<br><br>Case No.:  2:18-bk-21368-BR<br>Adv No:    2:18-ap-01461-BR<br><br>**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED.R.CIV.P. 12(b)(6)** |
| CRAIG CUNNINGHAM,<br><br>                      Plaintiff(s),<br>  v.<br><br>ERIC WEST, an individual;<br>KAY WEST, an individual,<br><br>                      Defendant(s). | Date:        March 5, 2019<br>Time:       10:00 AM<br>Courtroom: 1668 |

      This matter is before the Court on Defendants' "Motion to Dismiss Plaintiff's Complaint for Failure to State A Claim Upon Which Relief Can Be Granted Pursuant to

-1-

Fed.R.Civ.P. 12(b)(6)," which was heard on March 5, 2019.  Plaintiff Craig Cunningham appeared and Michael Berger counsel for the defendants appeared.

For the reasons stated on the record, the Court ruled that the Section 523(a)(2) cause of action is dismissed and the matter will proceed on the Section 523(a)(6) cause of action for the alleged willful and malicious injury to plaintiff.

IT IS SO ORDERED.

###

Date: March 5, 2019

Barry Russell
United States Bankruptcy Judge