Michael Jay Berger (SBN 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
Tel.:    (310) 271-6223
Fax:    (310) 271-9805
E-mail: Michael.berger@bankrutpcypower.com

Attorney for Debtors and Defendants,
Eric West and Kay West

**FILED & ENTERED**

**JUL 02 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-21368-BR |
| ERIC WEST and KAY WEST, | Chapter 7 |
| Debtor. | Adv. No. 2:18-ap-01461-BR |
| | **ORDER GRANTING DEFENDANTS ERIC WEST AND KAY WEST'S MOTION TO DISMISS ADVERSARY PROCEEDING** |
| CRAIG CUNNINGHAM, | |
| Plaintiff, | <u>*Hearing Held On*</u>: |
| vs. | Date: June 25, 2019 |
| ERIC WEST and KAY WEST, | Time: 10:00 a.m. |
| Defendants. | Place:  Courtroom 1668 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

On June 25, 2019, the Court, having considered Defendants Eric West and Kay West's Motion to Dismiss Adversary Proceeding as Terms of the Settlement Agreement between the Parties Are Fulfilled (the "Motion") [Docket No. 28], the declarations in support of the Motion, the pleadings and other documents on file in this case, and having considered the oral arguments of counsel at the hearing, and for good and adequate cause, hereby makes the following order:

The Motion is GRANTED and the instant adversary proceeding is dismissed.

IT IS HEREBY ORDERED.

###

Date: July 2, 2019

Barry Russell
United States Bankruptcy Judge

2